**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**In re:**

xxxxxxxxx[1],        Case No. 17-xxxxx-FJS
       **(EXPUNGED)**
                                                                        **Chapter 7**

   **Debtor.**

---

**Judy A. Robbins,**
**United States Trustee**
**for Region Four,**

   **Plaintiff,**

v.                                                             APN: 17-07021-FJS

**Shaquita Monique Tutt,**

   **Defendant.**

**ORDER GRANTING MOTION TO INTERVENE IN**
**ADVERSARY PROCEEDING AND MEMORANDUM IN SUPPORT**

THIS MATTER comes before the Court on the Motion of DH ("**DH**") to Intervene in Adversary Proceeding and Memorandum in Support (the "**Motion**"), whereby DH is seeking to intervene in the above-referenced adversary proceeding, which relief has been consented to by the Plaintiff, Judy A. Robbins, United States Trustee for Region Four.

Sufficient notice of the Motion to the appropriate parties has been provided and those parties consent to the participation of contemplated by the Motion. Having

---

[1] This order refers to an individual, identified only as DH, because the record of the main bankruptcy case was expunged on June 1, 2017.
Kelly M. Barnhart, VSB No. 65246
Roussos, Glanzer & Barnhart, PLC
580 E. Main St., Ste. 300
Norfolk, VA 23510
Telephone: (757) 622-9005
Facsimile (757) 624-9257
barnhart@rgblawfirm.com
Counsel for DH

considered the Motion, and after due deliberation thereon, and based on the foregoing, and for good cause shown, it is hereby **ORDERED**, **DECREED** and **ADJUDGED**:

1. The Motion is **GRANTED**;

2. DH is permitted to intervene in this adversary proceeding; and

3. Upon entry of this Order, the Clerk of Court is directed to send a copy of it to the parties named on the Attached Copy List.

ENTERED: Aug 7 2017

/s/ Stephen C. St.John
United States Bankruptcy Judge

I ASK FOR THIS:

*/s/Kelly M. Barnhart*
Kelly M. Barnhart, VSB No. 65246
Counsel for DH

Entered on Docket: Aug 8, 2017

Seen and Agreed:

*/s/ Cecelia A. Weschler*
Cecelia A. Weschler, Esq., VSB No. 28245
Office of the United States Trustee
*(Permission to affix electronic signature
received from Ms. Weschler to Ms. Barnhart
via electronic mail received on August 4, 2017)*

## CERTIFICATE

I hereby certify that all interested parties have endorsed this instant Order, pursuant to Local Rule 9022-1(C)(1), or have been served the same.

*/s/Kelly M. Barnhart*
Kelly M. Barnhart

2

**PARTIES TO RECEIVE COPIES:**

Cecelia A. Weschler, Esq.
Office of the United States Trustee
200 Granby St., Room 625
Norfolk, VA 23510

Shaquita Monique Tutt
6000 Lockamy Lane
Norfolk, VA 23502

Shaquita Monique Tutt
5352 Commons Court
Virginia Beach, VA 23462

Shaquita Tutt
812 Crossing Court, Apt. 304
Virginia Beach, VA 23455